**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-461

RUSSELL STRONG,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER DOE, an individual,

      Defendants.

_____

**Notice of Related Cases**
_____

      Pursuant to D.C.Colo.LCivR 3.2, Plaintiff, by and through counsel, hereby identifies the following cases pending in this or any other federal, state, or foreign jurisdiction that have "common facts and claims" and "have at least one party in common" or "are filed serially or collectively as a group by the same attorney or law firm":

      *Acker v. City & County of Denver, et al.*, D. Colo. No. 20-cv-03155;

      *Black Lives Matter et al., v. City & County of Denver, et al.*, D. Colo. No. 20-cv-01878;

      *Cruz et al. v. City & County of Denver*, D. Colo. No. 20-cv-01922; and

      *Abay et al., v. City & County of Denver*, D. Colo. No. 20-cv-01616.

      Respectfully submitted this 16th day of February 2021,

RATHOD | MOHAMEDBHAI LLC

*s/ Felipe Bohnet-Gomez*
Felipe Bohnet-Gomez
Matthew J. Cron
Siddhartha H. Rathod
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400 (phone)
(303) 578-4401 (facsimile)
mc@rmlawyers.com
fbg@rmlawyers.com
sr@rmlawyers.com

*Attorneys for Plaintiff*