# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00461-RBJ

RUSSELL STRONG,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER DOE, an individual,

Defendants.

## MOTION FOR WITHDRAWAL AS ATTORNEY

Lindsay M. Jordan, of the Denver City Attorney's Office, submits this Motion for Withdrawal as counsel of record for Defendant, City and County of Denver, pursuant to D.C.COLO.LAttyR 5(b) and states as follows:

### CERTIFICATE OF CONFERRAL

This Motion for Withdrawal is exempt from the duty to confer under D.C.COLO.LCivR 7.1(b)(4).

1. Ms. Jordan has recently resigned from and is leaving her employment with the Denver City Attorney's Office as of April 8, 2021. Therefore, good cause exists to allow her to withdraw as counsel for Defendant City and County of Denver in this matter.

2. Andrew Ringel, Esq., of Hall & Evans, LLC, will continue to represent Defendant City and County of Denver in this action as counsel of record.

3. No parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting relief sought in this Motion because Mr. Ringel will continue to represent Defendant City and County of Denver in this matter.

4. As required by D.C.COLO.LAttyR 5(b), a copy of this Motion is being served on Ms. Jordan's client in addition to all counsel of record.

Wherefore, for good cause shown, undersigned counsel, Lindsay M. Jordan, respectfully requests that this Court enter an Order permitting her withdrawal as counsel of record for Defendant City and County of Denver in this action.

Dated this 6th day of April, 2022.

Respectfully submitted,

By: *s/ Lindsay M. Jordan*
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: Lindsay.jordan@denvergov.org
*Counsel for the City and County of Denver*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2022, the foregoing **MOTION FOR WITHDRAWAL AS ATTORNEY** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Rathod/Mohamedbhai, LLC
Felipe Bohnet-Gomez
Matthew J. Cron
Siddhartha H. Rathod
Ciara M. Anderson
*Counsel for Plaintiff*

Hall & Evans, LLC
Andrew D. Ringel
ringela@hallevans.com
*Counsel for Defendant City and County of Denver*

*s/ Sarah Peasley*
Denver City Attorney's Office