# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
ADAM BOLTON, an individual,

    Defendants.

---

## Notice of Filing of Amended Complaint
---

Pursuant D.C.COLO.LCivR 15.1, Plaintiff Russell Strong hereby gives notice that he has filed an amended complaint by consent under Fed. R. Civ. P. 15(a)(2). *See* ECF No. 42. A redlined copy of the amended complaint is attached as an exhibit to this notice.

In conferring regarding the amendment, counsel for Denver requested that undersigned counsel note that "Denver's consent to the amendment is not a representation that Officer Bolton is in fact the individual who fired the projectile that struck the Plaintiff."

Respectfully submitted this May 27, 2022.

            RATHOD | MOHAMEDBHAI LLC

            *s/ Felipe Bohnet-Gomez*
            Felipe Bohnet-Gomez
            Matthew J. Cron
            Ciara Anderson
            Siddhartha H. Rathod
            2701 Lawrence Street, Suite 100
            Denver, CO 80205
            (303) 578-4400 (phone)
            (303) 578-4401 (facsimile)
            fbg@rmlawyers.com
            mc@rmlawyers.com
            ca@rmlawyers.com
            sr@rmlawyers.com

            *Attorneys for Plaintiff*