IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER ADAM BOLTON, an individual,

    Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY

---

Defendants City and County of Denver and Adam Bolton, by and through their counsel, Andrew D. Ringel, Esq. and Mark S. Ratner, Esq., hereby respectfully submit this Unopposed Motion for Extension of Time to Respond to Plaintiff's Written Discovery, as follows:

    1.    Certificate of Compliance:  Pursuant to D.C.Colo.LCiv.R. 7.1(a), the undersigned counsel conferred with counsel for the Plaintiff prior to filing this Motion. Ciara Anderson, Esq. indicated the Plaintiff does not oppose this Motion and the relief sought.  Therefore, this Motion is unopposed.

    2.    Defendant Adam Bolton was served with Plaintiff's First Set of Written Discovery to Defendant Officer Adam Bolton, and Defendant City and County of Denver was served with Plaintiff's Third Set of Written Discovery to Defendant City and County

of Denver on October 5, 2022.  Accordingly, the Defendants' responses to these sets of written discovery pursuant to the applicable Federal Rules of Civil Procedure, are due on or before November 4, 2022.   Defendants and their counsel require an extension of time to collect the necessary information and documents, and to develop an appropriate response.   Accordingly, Defendants hereby request an extension of ten (10) days up to and including November 14, 2022.

3. No party will be prejudiced by the requested extension and the requested extension will not cause undue delay in these proceedings.

4. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel has served his client representative with a copy of this Motion.

WHERERFORE, for all the foregoing reasons, Defendants Adam Bolton and City and County of Denver respectfully request this Court enter an Order granting them an extension up to and including November 14, 2022, to respond to Plaintiff's First Set of Written Discovery to Defendant Officer Adam Bolton and Plaintiff's Third Set of Written Discovery to Defendant City and County of Denver, and all other and further relief as this Court deems just and appropriate.

Dated this 4th day of November, 2022.

Respectfully submitted,


s/ Mark S. Ratner            .
Andrew D. Ringel, Esq.
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300
Fax:  (303) 628-3368
Email: ringela@hallevans.com
          ratnerm@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 4th day of November, 2022, a true and correct copy of the foregoing was filed by CM/ECF and was served on the following parties as specified:

Matthew J. Cron, Esq.
mc@rmlawyers.com

Siddhartha H. Rathod, Esq
sr@rmlawyers.com

Felipe S. Bohnet-Gomez, Esq.
fbg@rmlawyers.com

Ciara M. Anderson, Esq.
cm@rmlawyers.com

and served a copy of the foregoing Motion on the client representative of the Defendant via electronic mail:

Mary Dulacki

Adam Bolton

                                                      s/ Sarah Stefanick
                                                      Legal Assistant
                                                      Hall & Evans, L.L.C.