IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER DOE, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' <u>Unopposed</u> Motion for Extension of Time to Respond to Plaintiff's Written Discovery** [#55] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**. Defendants have up to and including **November 14, 2022**, to respond to Plaintiff's written discovery.

    Dated: November 7, 2022