IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ADAM BOLTON, an individual,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [#58] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#58] is **GRANTED**. The deadline to take Denver's Rule 30(b)(6) deposition is extended to **November 30, 2022.**

    Dated: November 9, 2022