**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00461-RMR-KLM

RUSSEL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
ADAM BOLTON, in his individual capacity.

    Defendant.

---

### UNOPPOSED MOTION TO STAY DEADLINE TO MOVE TO EXCLUDE EXPERTS
---

    Plaintiff Russell Strong, by and through his attorneys, hereby submits this Unopposed Motion to Stay the Deadline to Move to Exclude Experts until the Court issues an order on Plaintiff's pending Motion to Strike Defendants' Expert Disclosures [ECF No. 61].

    Pursuant to Fed R. Civ. P. 26(c)(1) and D.C.COLO.LCivR 7.1, undersigned counsel conferred with Mark Ratner for Defendants, and Defendants do not oppose this Motion.

    1.    Although the Federal Rules of Civil Procedure do not expressly provide for a stay of deadlines, the Court retains inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936).

    2.    Plaintiff seeks to conserve the Parties and Court's time and resources by staying the deadline to file motions to exclude experts until the Court rules on Plaintiff's pending Motion to Strike Defendants' Experts [ECF No. 61].

3.     On November 14, 2022, Plaintiff filed a Motion to Strike Defendants' Expert Disclosures [ECF No. 61]. In the Motion, Plaintiff asserts that Defendants' experts should be stricken for several reasons. First, Defendants' retained experts are untimely affirmative experts improperly labeled as "rebuttal experts" warranting sanctions against Defendants pursuant to Rule 37(c)(1) [*id.* at 4-9]. Second, at least two of Defendants' three "rebuttal" experts should be stricken pursuant to Rule 16(f) for failing to comply with the Scheduling Order, which clearly limited Defendants to one rebuttal expert [*id.* at 9-10]. Finally, Defendants' non-retained experts fail to comply with Rule 26(a) because they fail to identify any individual witnesses by generically referencing broad categories of potential witnesses [*id.* at 10].

4.     Defendants' response to Plaintiff's Motion to Strike Defendants' Expert Disclosure is due on December 5, 2022.

5.     The outcome of Plaintiff's Motion to Strike will determine whether any motions to exclude Defendants' experts will be necessary.

6.     Judge Mix and Judge Rodriquez's practice standards impose different deadlines for parties to move to exclude experts. Pursuant to Judge Rodriguez's practice standards, motions to exclude experts are due seventy (70) days before the trial preparation conference. Pursuant to Judge Mix's practice standards, "motions to exclude expert testimony must be filed thirty (30) days after the rebuttal expert witness disclosure deadline set forth in the Scheduling Order."

7.     Under either practice standard, economy of time and effort is promoted by staying the deadline. *Landis*, 299 U.S. at 254-55.

8.     The requested stay is limited to the deadline to exclude expert witnesses and will not affect any other deadlines in this case and will not prejudice any party.

WHEREFORE, for all the foregoing reasons, Plaintiff respectfully requests this Court stay the deadline to file a Motion to Exclude Experts until the Court issues an Order on Plaintiff's pending Motion to Strike Defendants' Expert Disclosures (ECF No. 61), and for all other relief this Court deems just and appropriate.

Respectfully submitted this November 23, 2022.

                                                                                                                                           RATHOD | MOHAMEDBHAI LLC

                                                              *s/ Ciara M. Anderson*
                                                              Ciara M. Anderson
Felipe Bohnet-Gomez
Matthew J. Cron
Siddhartha H. Rathod
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400
ca@rmlawyers.com
fbg@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com

*Attorneys for Plaintiff*