IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER ADAM BOLTON, an individual,

    Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

---

Defendants City and County of Denver and Adam Bolton, by and through their counsel, Andrew D. Ringel, Esq. and Mark S. Ratner, Esq., hereby respectfully submit this Unopposed Motion to Amend the Scheduling Order, as follows:

    1.    Certificate of Compliance:   Pursuant to D.C.Colo.LCiv.R. 7.1(a), undersigned counsel conferred with Counsel for Plaintiff prior to filing this Motion. Ciara Anderson, Esq. indicated Plaintiff does not oppose this Motion and the relief sought. Therefore, this Motion is unopposed.

    2.    Defendants seek to extend the deadline to present a 30(b)(6) designee(s) from the City and County of Denver, to December 14, 2022.

    3.    On November 7, 2022, the parties submitted a Joint Motion to Amend Scheduling Order, which sought to extend the deadline for presentation of a 30(b)(6)

designee from the City of Denver, to November 30, 2022. (ECF 58). This Court granted this Motion (ECF 60).

4. As represented in the Motion, the parties had conferred, discussed and agreed on certain limitations to the proposed 30(b)(6) topics. However, the City and County of Denver required additional time to identify the proper designee(s) and to obtain availability.

5. Due to the Thanksgiving holiday and because the designee was unavailable to discuss the 30(b)(6) topics, the City and County of Denver is unable to produce the designee by November 30, 2022.

6. The City and County of Denver requires an additional 14-days in order to determine availability and properly prepare the designee.

7. No party will be prejudiced by the requested extension and the requested extension will not cause undue delay in these proceedings, as the Defendants are not requesting an extension of any other deadlines.

8. The parties had previously requested a two-month extension of the discovery deadlines, after Officer Bolton was added as a Defendant (ECF Nos. 45 and 48).

9. Plaintiff requested a one-week extension of the expert disclosure deadline, which was granted by the Court (ECF 52 and 54).

10. The Defendants requested a 10-day extension of time, for submission of a response to Plaintiff's Written Discovery. (ECF 55 and 57).

11. Pursuant to D.C.Colo.LCiv.R. 6.1(c), undersigned counsel has served the City and County of Denver and Officer Adam Bolton with a copy of this Motion.

WHEREFORE, for all the foregoing reasons, Defendants Adam Bolton and City and County of Denver respectfully request this Court enter an Order amending the scheduling order, and allowing presentation of a 30(b)(6) designee to December 14, 2022. and for all other and further relief as this Court deems just and appropriate.

Dated this 29th day of November, 2022.

Respectfully submitted,

s/ Mark S. Ratner             .
Andrew D. Ringel, Esq.
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
Email: ringela@hallevans.com
        ratnerm@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on this 29th day of November, 2022, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER** was filed by CM/ECF and was served on the following parties as specified:

Matthew J. Cron, Esq.
mc@rmlawyers.com

Siddhartha H. Rathod, Esq
sr@rmlawyers.com

Felipe S. Bohnet-Gomez, Esq.
fbg@rmlawyers.com

Ciara M. Anderson, Esq.
cm@rmlawyers.com

and served a copy of the foregoing Motion on the client representative of the Defendant via electronic mail:

Mary Dulacki

Adam Bolton

                                                 s/ Sarah Stefanick
                                                 Legal Assistant
                                                 Hall & Evans, L.L.C.