IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER ADAM BOLTON, an individual,

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANTS' EXPERT WITNESS DISCLOSURES**

---

Defendants City and County of Denver and Adam Bolton, by and through their counsel, Andrew D. Ringel, Esq. and Mark S. Ratner, Esq., hereby respectfully submit this Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Strike Defendants' Expert Witness Disclosures, as follows:

1. <u>Certificate of Compliance</u>: Pursuant to D.C.Colo.LCiv.R. 7.1(a), the undersigned counsel conferred with counsel for the Plaintiff prior to filing this Motion. Felipe Bohnet-Gomez, Esq. indicated the Plaintiff does not oppose this Motion and the relief sought.

2. Plaintiff filed his Motion to Strike Defendants' Expert Disclosures on November 14, 2022. [ECF 61]. Pursuant to the applicable Federal Rules of Civil Procedures and Local Rules of this Court, the Defendants' Response is due on December

5, 2022. Defendants respectfully request an extension of seven (7) days until and including December 12, 2022, to file their Response to the Plaintiff's Motion.

3. The undersigned counsel has the responsibility for researching and drafting the Defendants' Response to Plaintiff's Motion. In addition, the undersigned counsel also has the responsibility for the following additional items: (1) researching and drafting the Defendants' Reply Brief in Support of Motion for Summary Judgment in <u>Ambrose Cruz v. City and County of Denver, Colorado, Heather Jossi and Keith Valentine,</u> United States District Court for the District of Colorado, Civil Action No. 21-cv-3388-KLM, due on December 5, 2022; and (2) preparation for and conducting a Preliminary Injunction Hearing in <u>Brandon Pryor v. School District No. 1 d/b/a Denver Public Schools, Superintendent Alex Marrero, and Deputy Superintendent Anthony Smith</u>, United States District Court for the District of Colorado, Civil Action No. 22-cv-02886-JLK-MEH, set for December 6-7, 2022. These other commitments require the attention of the undersigned counsel and warrant the brief extension of time requested in this Motion.

4. No party will be prejudiced by the requested extension and the requested extension will not cause undue delay in these proceedings.

5. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel has served his client representative with a copy of this Motion.

WHERERFORE, for all the foregoing reasons, Defendants Adam Bolton and City and County of Denver respectfully request this Court enter an Order granting them an extension until and including December 12, 2022, to respond to Plaintiff's Motion to Strike

Defendants' Expert Disclosures, and all other and further relief as this Court deems just and appropriate.

Dated this 1st day of December, 2022.

Respectfully submitted,

s/ Andrew D. Ringel            .
Andrew D. Ringel, Esq.
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
Email: ringela@hallevans.com
ratnerm@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 1st day of December, 2022, a true and correct copy of the foregoing was filed by CM/ECF and was served on the following parties as specified:

Matthew J. Cron, Esq.
mc@rmlawyers.com

Siddhartha H. Rathod, Esq
sr@rmlawyers.com

Felipe S. Bohnet-Gomez, Esq.
fbg@rmlawyers.com

Ciara M. Anderson, Esq.
cm@rmlawyers.com

and served a copy of the foregoing Motion on the client representative of the Defendant via electronic mail:

Mary Dulacki

Adam Bolton


                                                s/ Nicole Marion       .
                                                Legal Assistant
                                                Hall & Evans, L.L.C.