IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ADAM BOLTON, an individual,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' <u>Unopposed</u> Motion to Amend the Scheduling Order** [#65] (the "Motion to Amend") and **Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Strike Defendants' Expert Witness Disclosures** [#67] (the "Motion for Extension).

    IT IS HEREBY **ORDERED** that the Motion to Amend [#65] is **GRANTED**. The deadline to take Denver's Rule 30(b)(6) deposition is extended to **December 14, 2022.**

    IT IS FURTHER **ORDERED** that the Motion for Extension [#67] is **GRANTED**. Defendants have up to and including **December 12, 2022**, to respond to Plaintiff's Motion to Strike Defendants' Expert Witness Disclosures.

    Dated: December 2, 2022