IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ADAM BOLTON, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Third <u>Unopposed</u> Motion to Amend the Scheduling Order** [#72] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#72] is **GRANTED**. The deadline to present the 30(b)(6) designee for the City and County of Denver and take that deposition is extended **to January 5, 2023**.

    Dated:  December 14, 2022