IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER DOE, an individual,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion for Extension of Time to File Reply in Support of Plaintiff's Motion to Strike Defendants' Expert Disclosures** [#79] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#79] is **GRANTED**. Plaintiff has up to and including **January 9, 2023**, to file his Reply.

     Dated:  December 20, 2022