IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER DOE, an individual,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Stay Deadline to Move to Exclude Experts** [#63] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#63] is **GRANTED**. The deadline to move to exclude experts is **STAYED** pending a ruling on Plaintiff's Motion to Strike Defendants' Expert Disclosures [#61].

    Dated: December 27, 2022