IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER ADAM BOLTON, an individual,

    Defendants.

---

**DEFENDANTS' SECOND <u>UNOPPOSED</u> MOTION TO RESCHEDULE THE MARCH 14, 2023 HEARING ON THE PARTIES' INTENT TO FILE SUMMARY JUDGMENT MOTIONS**

---

    Defendants City and County of Denver and Adam Bolton, by and through their counsel, Andrew D. Ringel, Esq. and Mark S. Ratner, Esq., hereby respectfully submit this Unopposed Motion to Reschedule the March 14, 2023 Hearing on the Parties' Intent to File Summary Judgment Motions, as follows:

    1.    <u>Certificate of Compliance</u>:    Pursuant to D.C.Colo.LCiv.R. 7.1(a), undersigned counsel conferred with counsel for the Plaintiff prior to filing this Motion. Felipe Bohnet-Gomez, Esq. indicated the Plaintiff does not oppose this Motion and the relief sought.

    2.    Generally, this matter arises out of an injury Plaintiff received, while attending the George Floyd Protest in Civic Center Park, on May 30, 2020. Plaintiff

alleges he was shot in the eye with a 40mm foam round baton, fired by Defendant, City of Denver Police Officer Adam Bolton.

3. Pursuant to the Court's Practice Standards, both Plaintiff and Defendants emailed Chambers on January 17, 2023, to indicate their intention to file motions for summary judgment.

4. On January 18 2023, this Court issued an Order setting a hearing on the Parties' Intent to File Summary Judgment Motions, for February 16, 2023 at 3:00 p.m. (ECF 85).

5. Counsel for Defendants submitted a Statement of Disputed Facts to Plaintiff, on February 6, 2023.

7. On February 6, 2023, the Defendants filed an unopposed motion to reschedule the hearing on the Parties' Intent to File Summary Judgment Motions. The basis for the request was undersigned Counsel's unavailability, due to being out of the State (ECF 86).

8. On February 7, 2023, this Court issued a Minute Order granting the Defendants' Motion (ECF 87).

9. After discussions with Chambers, the hearing on the Parties' Intent to File Summary Judgment Motions was ultimately rescheduled for March 14, 2023 (ECF 89).

10. On Sunday, March 5, 2023, Plaintiff submitted his response to the Joint Statement of Undisputed Facts. Plaintiff also provided an additional 10-pages of 48 new facts, intended to support his own Motion for Summary Judgment.

11. Pursuant to the Court's Practice Standards the Joint Statement of Undisputed Facts is due to Chambers, on March 9, 2023.

12. In order to provide sufficient time for drafting of a response to the additional facts provided by Plaintiff, and to properly confer, the Defendants request the Court reschedule the March 14, 2023 hearing.

13. Counsel for Defendants anticipates responding to Plaintiff's additional facts, by March 15, 2023.

14. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel has served his client representatives with a copy of this Motion.

WHERERFORE, Defendants Adam Bolton and City and County of Denver respectfully request this Court enter an Order rescheduling the March 14, 2023 hearing, and for all other relief as this Court deems just and appropriate.

Dated this 8th day of March, 2023.

Respectfully submitted,

s/ Mark S. Ratner
Andrew D. Ringel, Esq.
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
Email: ringela@hallevans.com
ratnerm@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 8th day of March, 2023, a true and correct copy of the foregoing was filed by CM/ECF and was served on the following parties as specified:

Matthew J. Cron, Esq.
mc@rmlawyers.com

Siddhartha H. Rathod, Esq
sr@rmlawyers.com

Felipe S. Bohnet-Gomez, Esq.
fbg@rmlawyers.com

Ciara M. Anderson, Esq.
cm@rmlawyers.com

and served a copy of the foregoing Motion on the client representative of the Defendant via electronic mail:

Mary Dulacki

Adam Bolton

                                                 s/ Sarah Stefanick          .
                                                 Legal Assistant
                                                 Hall & Evans, L.L.C.