IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-GPG-KLM

RUSSELL STRONG,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER;
ADAM BOLT, in his individual capacity,

      Defendants.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Minute Order** [#98] of District Judge Gordon P. Gallaher directing the parties to attend a settlement conference before the undersigned.   .

IT IS HEREBY **ORDERED** that a Settlement Conference is scheduled for **June 16, 2023**, at **1:30 p.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.   **All counsel and parties must exit the Courthouse no later than 6:00 p.m.**

IT IS FURTHER **ORDERED** that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case and to enter into a settlement agreement, including an adjustor if an insurance company is involved.   "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

**IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Mix's Instructions for Settlement Conferences and Preparation of Confidential Settlement Statements, as attached to this Minute Order.**

Parties shall submit their Confidential Settlement Statement on or before **June 9, 2023.**   Parties participating in ECF shall e-mail the Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov.   Up to 100 pages of additional settlement materials (*e.g.* deposition transcripts, exhibits, etc.) may also be submitted to the Court by e-mail along with the CSS.   Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order."   Parties not participating in ECF shall submit all materials as hard copies.

Dated:   May 8, 2023