IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-RMR-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER ADAM BOLTON, an individual,

    Defendants.

## JOINT NOTICE OF SETTLEMENT CONFERENCE OUTCOME

Pursuant to the Court's April 16, 2023 Order at ECF 98, and the Court's Minute Order at ECF 100, the parties hereby jointly notify the Court no settlement was reached at the June 16, 2023 Settlement Conference, with Magistrate Judge Mix.

Dated this 23rd day of June, 2023.

        s/ Matthew J. Cron
        Matthew J. Cron, Esq.
        Felipe Bohnet-Gomez, Esq.
        Siddhartha H. Rathod, Esq.
        Ciara M. Anderson, Esq.
        Rathod | Mohamedbhai, LLC
        2701 Lawrence Street, Suite 100
        Denver, Colorado 80205
        Tel: (303) 578-4400
        Email: mc@rmlawyers.com
               fbg@rmlawyers.com
               sr@rmlawyers.com
               ca@rmlawyers.com
        **ATTORNEYS FOR PLAINTIFFS**

s/ Mark S. Ratner
Andrew D. Ringel, Esq.
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300 // Fax:  (303) 628-3368
Email: ringela@hallevans.com;
ratnerm@hallevans.com
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 23rd day of June, 2023, a true and correct copy of the foregoing was filed by CM/ECF and was served on the following parties as specified:

Matthew J. Cron, Esq.
mc@rmlawyers.com

Siddhartha H. Rathod, Esq
sr@rmlawyers.com

Felipe S. Bohnet-Gomez, Esq.
fbg@rmlawyers.com

Ciara M. Anderson, Esq.
cm@rmlawyers.com


s/ Sarah Stefanick         .
Legal Assistant
Hall & Evans, L.L.C.