IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-461-GPG-KLM

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
ADAM BOLTON, an individual,

    Defendants.

---

## JOINT PROPOSED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS
---

Plaintiff Russell Strong, Defendant City and County of Denver, and Defendant Adam Bolton (hereinafter the "Parties"), by and through their respective attorneys, hereby submit this Joint Proposed Briefing Schedule for Dispositive Motions pursuant to ECF No. 102, to set the following deadlines:

1. That the dispositive motion deadline be **July 28, 2023,** except that any motion for summary judgment addressing the issue of collateral estoppel shall be filed within twenty-one (21) days of a final judgment in the *Epps v. City and County of Denver, et al.*, Civil Action Nos. 1:20-cv001787-RJB & 1:20-cv-01922-RBJ-MEH consolidated matter.

**WHEREFORE**, the parties respectfully request that the Court enter an order setting the briefing schedule as detailed herein.

Respectfully submitted this July 6, 2023.

| | |
|---|---|
| *s/ Ciara M. Anderson* <br> Felipe Bohnet-Gomez <br> Matthew J. Cron <br> Ciara Anderson <br> Siddhartha Rathod <br> RATHOD \| MOHAMEDBHAI LLC <br> 2701 Lawrence Street, Suite 100 <br> Denver, CO 80205 <br> (303) 578-4400 <br> fbg@rmlawyers.com <br> mc@rmlawyers.com <br> ca@rmlawyers.com <br> sr@rmlawyers.com <br><br> *Attorneys for Plaintiff* | *s/ Mark Ratner* <br> Andrew D. Ringel <br> Mark Ratner <br> Hall & Evans, L.L.C. <br> 1001 17th Street, Suite 300 <br> Denver, Colorado 80202 <br> (303) 628-3300 <br> ringela@hallevans.com <br> ratnerm@hallevans.com <br><br> *Attorneys for Defendants* |

2