IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-GPG-KAS

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER ADAM BOLTON, an individual,

    Defendants.

---

**JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE**
with proposed Order

---

    IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff, Russell Strong, and Defendants the City and County of Denver and Adam Bolton, by and through their respective counsels of record, Rathod Mohamedbhai, L.L.C. and Hall & Evans, L.L.C., that the parties have reached a full and final settlement in above captioned matter, and,

    IT IS FURTHER STIPULATED AND AGREED to that the parties request the Court to enter an Order of Dismissal with Prejudice, with each party to pay his or its own costs and attorneys' fees.

Dated this 26th day of September, 2023.

Respectfully submitted,

s/ *Matthew J. Cron*
Siddhartha H. Rathod, Esq.
Matthew J. Cron, Esq.
Felipe Bohnet-Gomez, Esq.
Ciara M. Anderson, Esq.
Rathod | Mohamedbhai, LLC
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
Tel:  (303) 578-4400
Email: mc@rmlawyers.com
fbg@rmlawyers.com
sr@rmlawyers.com
ca@rmlawyers.com

**ATTORNEYS FOR PLAINTIFF**

s/ *Andrew D. Ringel*
Andrew D. Ringel, Esq.
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300 // Fax:  (303) 628-3368
Email: ringela@hallevans.com;
ratnerm@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 26th day of September, 2023, a true and correct copy of the foregoing was filed by CM/ECF and was served on the following parties as specified:

Matthew J. Cron, Esq.
mc@rmlawyers.com

Siddhartha H. Rathod, Esq
sr@rmlawyers.com

Felipe S. Bohnet-Gomez, Esq.
fbg@rmlawyers.com

Ciara M. Anderson, Esq.
cm@rmlawyers.com

s/ *Nicole Marion*            .
Legal Assistant
Hall & Evans, L.L.C.