IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00461-GPG-KAS

RUSSELL STRONG,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal entity;
OFFICER ADAM BOLTON, an individual,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulated Motion to Dismiss With Prejudice. The Court having reviewed the Joint Motion and being fully advised, hereby ORDERS AS FOLLOWS:

The Motion is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or its own costs and attorneys' fees; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

    Dated this ____ day of September, 2023.

    BY THE COURT:

_____
Gordon P. Gallagher
United States District Judge